

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2019

No. 04-19-00698-CV

**IN THE INTEREST OF J.R.B., JR., A CHILD,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02035
Honorable Richard Garcia, Judge Presiding

## O R D E R

A supplemental clerk's record containing the trial court's order striking appellant K.B.'s Petition in Intervention and to Modify Final Orders has been filed. The order was signed November 22, 2019. K.B.'s prematurely filed notice of appeal from the order is therefore effective and deemed filed November 22, 2019. *See* TEX. R. APP. P. 27.2.

The record in this accelerated appeal appears to be complete. We therefore order appellant's brief due **December 30, 2019**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court